**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH JUDICIAL DISTRICT**

Case No. 01-411 MJD/SRN

Charles Vadnais,

Plaintiff,

v.

**STIPULATION AND ORDER FOR DISMISSAL**

Fortis Benefits Insurance Company,
a Minnesota corporation, and
Micro-Matics, a Minnesota corporation,

Defendants.

-----------------------------------

The above-named Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and agree that the above-entitled action, together with any claims, counterclaims or cross-claims that were or could have been asserted, having reached an agreement to settle and resolve this matter, shall be hereby dismissed with prejudice. Each party shall bear its own attorneys fees, costs, and disbursements. The Court may enter an Order to this effect without further notice to the parties.

Dated: May 23, 2001.

Cynthia Stange
Cynthia Stange, I.D. No. 297148
*Attorney for Plaintiff*
2803 Lincoln Drive, Suite #300
Roseville, Minnesota 55113-1312
(651) 636-7696

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: May 25, 2001

Ms. Shane Anderson, Esq.
*Attorney for Defendant Micro-Matics*
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402-2859

Dated: _______, 2001

Ms. Heather Klaas, Esq. 283319
*Attorney for Defendant Fortis*
DORSEY & WHITNEY LLP
220 South Sixth Street
Minneapolis, MN 55402-1498

**IT IS SO ORDERED.**

BY THE COURT:

Dated: 6-7, 2001

The Honorable Michael J. Davis
Judge of United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.